1
2
3
4
5
6

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

7  In Re:

8  LLS AMERICA, LLC,

9                              Debtor,

10  BRUCE P. KRIEGMAN, solely in his
    capacity as court-appointed Chapter 11
11  Trustee for LLS America, LLC,

12                              Plaintiff,

13  v.

14  ANNE STACK and MERV STACK,

15                              Defendants.

NO:  CV-12-627-RMP

Bankr. Case No. 09-06194-PCW11

Adv. Proc. No. 11-80106-PCW11

ORDER GRANTING STIPULATED
MOTION TO DISMISS DEFENDANT
DEAN STACK

16
17          This matter came before the Court pursuant to the Stipulated Motion of

18  Dismissal only as to Defendant Dean Stack, filed by Plaintiff.  ECF No. 47.

19  Having reviewed the stipulation, the files, and the pleadings on record, the Court

20  finds good cause to grant the motion.

ORDER GRANTING STIPULATED MOTION TO DISMISS DEFENDANT
DEAN STACK ~ 1

1    Accordingly, **IT IS HEREBY ORDERED** that:

2    1.  The Stipulated Motion to Dismiss Defendant Dean Stack, **ECF No.**

3    **47**, is **GRANTED**.

4    2.  Only Defendant Dean Stack is dismissed, with prejudice, with each

5    party to bear its own attorney fees and costs.

6    **IT IS SO ORDERED**.

7    The District Court Clerk is hereby directed to enter this Order, to **terminate**

8    **Dean Stack** as a defendant in this matter, and to provide copies to counsel.

9    **DATED** this 25th day of June 2014.

10

11    _____s/ Rosanna Malouf Peterson_____
      ROSANNA MALOUF PETERSON
12    Chief United States District Court Judge

13

14

15

16

17

18

19

20

ORDER GRANTING STIPULATED MOTION TO DISMISS DEFENDANT
DEAN STACK ~ 2