UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In Re:<br><br>LLS AMERICA, LLC,<br><br>                  Debtor,<br><br>BRUCE P. KRIEGMAN, solely in his capacity as court-appointed Chapter 11 Trustee for LLS America, LLC,<br><br>                  Plaintiff,<br><br>v.<br><br>ANNE STACK and MERV STACK,<br><br>                  Defendants. | NO: CV-12-627-RMP<br><br>Bankr. Case No. 09-06194-PCW11<br><br>Adv. Proc. No. 11-80106-PCW11<br><br>ORDER GRANTING STIPULATED MOTION TO DISMISS DEFENDANTS ANDREW STACK AND ELISABETH STACK |

    This matter came before the Court pursuant to the Stipulated Motion to Dismiss only Defendants Andrew Stack and Elisabeth Stack, filed by Plaintiff. ECF No. 59. Having reviewed the stipulation, the files, and the pleadings on record, the Court finds good cause to grant the motion.

ORDER GRANTING STIPULATED MOTION TO DISMISS DEFENDANTS
ANDREW STACK AND ELISABETH STACK ~ 1

Accordingly, **IT IS HEREBY ORDERED**:

1. The Stipulated Motion to Dismiss Defendants Andrew Stack and Elisabeth Stack, **ECF No. 59**, is **GRANTED**.

2. Only Defendants Andrew Stack and Elisabeth Stack are dismissed, with prejudice, with each party to bear its own attorney fees and costs.

**IT IS SO ORDERED**.

The District Court Clerk is hereby directed to enter this Order and to provide copies to counsel.

**DATED** this 10th day of July 2014.

          *s/ Rosanna Malouf Peterson*
          ROSANNA MALOUF PETERSON
          Chief United States District Court Judge