UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In Re:<br><br>LLS AMERICA, LLC,<br><br>　　　　　　　　Debtor,<br><br>BRUCE P. KRIEGMAN, solely in his capacity as court-appointed Chapter 11 Trustee for LLS America, LLC,<br><br>　　　　　　　　Plaintiff,<br><br>v.<br><br>ANNE STACK, et al.,<br><br>　　　　　　　　Defendants. | NO:  12-CV-627-RMP<br><br>Bankr. Case No. 09-06194-PCW11 (Consolidated Case)<br><br>Adv. Proc. No. 11-80168-PCW11<br><br>ORDER GRANTING STIPULATED MOTION FOR ENTRY OF JUDGMENT AGAINST DEFENDANT DAVID STACK |

**BEFORE THE COURT** is the parties' Stipulated Motion for Entry of Judgment against Defendant David Stack. ECF No. 61. The parties have entered into a settlement agreement and stipulate to the entry of judgment against Defendant David Stack under the terms of the settlement agreement.

ORDER GRANTING STIPULATED MOTION FOR ENTRY OF JUDGMENT AGAINST DEFENDANT DAVID STACK ~ 1

1   Having reviewed the stipulated motion and all relevant filings, the Court is

2   fully apprised and finds that good cause exists to grant the motion.

3   Accordingly, **IT IS HEREBY ORDERED** that the Stipulated Motion for

4   Judgment against Defendant David Stack, **ECF No. 61**, is **GRANTED**.  Judgment

5   will be filed separately.

6   **IT IS SO ORDERED**.

7   The District Court Clerk is hereby directed to enter this Order and to provide

8   copies to counsel and to any pro se defendants.

9   **DATED** this 18th day of August 2014.

                                    *s/ Rosanna Malouf Peterson*
                                    ROSANNA MALOUF PETERSON
                                    Chief United States District Court Judge

ORDER GRANTING STIPULATED MOTION FOR ENTRY OF JUDGMENT AGAINST DEFENDANT DAVID STACK ~ 2