1

2

3

4

5                    UNITED STATES DISTRICT COURT

6                   EASTERN DISTRICT OF WASHINGTON

7    In Re:

                                            NO:  12-CV-627-RMP
8    LLS AMERICA, LLC,

                                             Bankr. Case No. 09-06194-PCW11
9                          Debtor,           (Consolidated Case)

10   BRUCE P. KRIEGMAN, solely in his        Adv. Proc. No. 11-80168-PCW11
     capacity as court-appointed Chapter 11
11   Trustee for LLS America, LLC,           JUDGMENT AGAINST
                                             DEFENDANT DAVID STACK
12                         Plaintiff,

13   v.

14   ANNE STACK, et al.,

15                         Defendants.

16

17                         **JUDGMENT SUMMARY**

18      Judgment Creditor:                   Plaintiff Bruce P. Kriegman,
                                             Liquating Trustee for LLS
19                                           America, LLC, as consolidated

20

JUDGMENT AGAINST DEFENDANT DAVID STACK ~ 1

1  Attorneys for
   Judgment Creditor:                    Witherspoon Kelley
2
   Judgment Debtor:                      David Stack
3
   Attorney for Judgment Creditor:       Lee & Hayes, LLC
4
   Amount of Judgment (principal):       $62,625.00 CAD
5
   Interest Rate:                        0.11% (28 U.S.C. § 1961)
6

7                              **JUDGMENT**

8      Based upon the above Stipulation of the parties, **IT IS HEREBY**

9  **ORDERED** that Plaintiff Bruce P. Kriegman, solely in his capacity as the Trustee

10 under the Liquidating Trust established pursuant to the confirmed Chapter 11 Plan

11 of LLS America, LLC, is awarded judgment against Defendant David Stack in the

12 principal sum of $62,625.00 CAD.  Interest shall accrue on this judgment at the

13 rate of .11% per annum to be compounded annually pursuant to 28 U.S.C. § 1961.

14     It is further ordered that this Judgment is non-appealable pursuant to the

15 parties' stipulation, the Judgment shall be fully enforceable in Canada, and

16 Defendant waives all rights to contest the Judgment on any basis.

17 / / /

18 / / /

19

20

JUDGMENT AGAINST DEFENDANT DAVID STACK ~ 2

1      The District Court Clerk is directed to enter this Judgment, **terminate**

2  **Defendant David Stack** from this case, and provide copies of this Order to

3  counsel and any pro se defendants.

4      **DATED** this 18th day of August 2014.

5

6          *s/ Rosanna Malouf Peterson*

            ROSANNA MALOUF PETERSON

7        Chief United States District Court Judge

8

9

10

11

12

13

14

15

16

17

18

19

20

JUDGMENT AGAINST DEFENDANT DAVID STACK ~ 3