UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In Re:<br><br>LLS AMERICA, LLC,<br><br>　　　　　　　　　Debtor,<br><br>BRUCE P. KRIEGMAN, solely in his capacity as court-appointed Chapter 11 Trustee for LLS America, LLC,<br><br>　　　　　　　　　Plaintiff,<br><br>v.<br><br>ANNE STACK, et al.,<br><br>　　　　　　　　　Defendants. | NO:  12-CV-627-RMP<br><br>Bankr. Case No. 09-06194-PCW11 (Consolidated Case)<br><br>Adv. Proc. No. 11-80168-PCW11<br><br>ORDER DISMISSING DEFENDANTS AND CLOSING CASE |

　　　Plaintiff stipulated to the dismissal of Defendants Anne Stack and Merv Stack, ECF Nos. 62, 65, the only remaining defendants.

/ / /

ORDER DISMISSING DEFENDANTS AND CLOSING CASE ~ 1

1  Accordingly, **IT IS HEREBY ORDERED** that Defendants Anne Stack and
2  Merv Stack are dismissed, with prejudice, with each party to bear its own expenses.
3  **IT IS SO ORDERED**.
4  The District Court Clerk is directed to enter this Order, provide copies to
5  counsel and to any pro se defendants, and **close** this case.
6  **DATED** this 20th day of August 2014.

7

8                                *s/ Rosanna Malouf Peterson*
                               ROSANNA MALOUF PETERSON
9                              Chief United States District Court Judge

10

11

12

13

14

15

16

17

18

19

20

ORDER DISMISSING DEFENDANTS AND CLOSING CASE ~ 2